In the Matter of the Application of FRANK GROSSO and Others, Respondents, against ALBERT C. BENNINGER, Commissioner, Department of Parks for the Borough of Queens in the City of New York, and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

HENRY H. KLEIN, Appellant, v. GREEN BUS LINES, INC., Respondent. (Actions Nos. 1 and 2.) — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

HAROLD NORRIS, Respondent, v. DAVID M. NEUBERGER, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

RAYMOND P. SLOAN, Respondent, v. PHILIP GOTTFRIED, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

HENRY VILLAUME, Respondent, v. JULIUS NELSON, Appellant. — Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. The case does not come within the purview of rule V of the Trial Term Rules. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

MORRIS THOMAS, Respondent, v. DE LISSER MOTORS, INC., Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; O'Malley, J., dissents and votes for affirmance.

SADYE D. LEVIS, Respondent, v. IRVING A. LEVIS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.; Finch, P. J., and Merrell, J., dissent and vote to reverse and deny the motion.

CHENANGO TEXTILE CORPORATION, Appellant, v. DOUCET ET CIE, INC., and Others, Respondents.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

CONCETTA RUSSO, as Administratrix, etc., of AUGUSTINO RUSSO, Deceased, Appellant, v. SOFIA BROTHERS, INC., and FRANK KONITZER, Respondents.— Order affirmed, with twenty dollars costs and disbursements, without prejudice to an application upon affidavits showing special circumstances for an order for defendants' examination. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

STATE STREET TRUST COMPANY, Respondent, v. ALWIN C. ERNST and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.